UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 700 ASH STREET, SUSANVILLE, CALIFORNIA, LASSEN COUNTY, APN: 105-030-041-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>A PROMISSORY NOTE SECURED BY A DEED OF TRUST DATED APRIL 22, 2022, AND RECORDED IN GRAND COUNTY, COLORADO ON MAY 24, 2022 IN THE AMOUNT OF $487,000.00, SECURED BY REAL PROPERTY LOCATED AT 540 COUNTY ROAD 5001, FRASER, COLORADO, APN: 1589-232-11-001, AND<br><br>REAL PROPERTY LOCATED AT 550 COUNTY ROAD 5001, FRASER, COLORADO, GRAND COUNTY, APN: 1589-232-11-002, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendants. | 2:24-CV-02580-TLN-JDP<br><br>**PROTECTIVE ORDER** |

This matter having come before this Court on the application of the United States of America for entry of a protective order pursuant to 18 U.S.C. § 983(j)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture to ensure its availability for forfeiture; and

IT APPEARING TO THE COURT THAT:

The United States has filed a civil forfeiture complaint with respect to the *in rem* defendant known as the Promissory Note secured by a mortgage on real property located at 540 County Road 5001, Fraser, Colorado.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 983(j)(1)(A) THAT:

The above-referenced property is hereby restrained in the manner described below.

1. Potential claimants and/or custodians shall not sell, transfer, negotiate, convey or dispose of the above-referenced property specified in this protective order without further order of this Court.

2. Potential claimants and/or custodians shall not grant, convert, or otherwise modify the above-referenced property specified in this protective order without further order of this Court, nor shall potential claimants honor any demands by anyone or any entity to leverage or borrow against the above-referenced property specified in this protective order without further order of this Court.

3. That the Potential claimants and/or owners/custodians shall remit all disbursement or remuneration including but not limited to, interest or accounting payments, affiliated with the above-referenced property specified in this protective order payable to the U.S. Department of Homeland Security and sent to 630 Sansome St. San Francisco, CA 94111, 9th Floor, Attention Carrie Hernandez.  Any such payments will be deposited into a Department of Homeland Security suspense account; the Department of Homeland Security will provide an accounting for the funds received as the Court deems appropriate.

4. That the potential claimants shall send copies of all future correspondence pertaining to the above-referenced property specified in this protective order including but not limited to, statements and accounting notices, to U.S. Department of Homeland Security, 630 Sansome St. San Francisco, CA 94111, 9th Floor, Attention Carrie Hernandez.

The United States shall notice this Order on all potential claimants to the Promissory Note discussed above, including, but not limited to, those associated with, and members of, The 2013 Bradley E. Reger Revocable Trust, the defendant in the related criminal case and their attorneys, and the owners of the real property located at 540 County Road 5001, Fraser, Colorado.

This Court shall retain jurisdiction of this matter for all purposes.  The terms of this order shall remain in full force and effect until judgment is rendered on the civil forfeiture complaint filed with respect to the above-referenced property, or further order of the Court.  In the event a party chooses to modify the terms of the protective order, they can do so only with prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard.

IT IS SO ORDERED.

Date: October 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE